IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAGGIE HULL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:10-cv-0616-MEF |
| ) | |
| FOOD GIANT SUPERMARKETS, INC., ) | (WO-Do Not Publish) |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Defendant's Motion for Partial Summary Judgment (Doc. #17) filed on February 3, 2011 and the Plaintiff's Response to Defendant's Motion for Partial Summary Judgment (Doc. # 23), wherein Plaintiff stipulates to the dismissal of her wantonness and recklessness claims, it is hereby ORDERED as follows:

1. Defendant's Motion for Partial Summary Judgment (Doc. # 17) is GRANTED.

2. Plaintiff's claims for wantonness and recklessness are DISMISSED with PREJUDICE.

DONE this the 16th day of March, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE